# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|     **EDITH M. CHEW,** | : | |
|            **Debtor** | : | Bky. No.  20-12591 ELF |

# O R D E R

**AND NOW**, following the hearing held on **January 12, 2021** on the Debtor's Objection to Claim Number 3 (Claimant New Rez, LLC), it is hereby **ORDERED** that:

1. **On or before February 2, 2021**, the parties shall file a memorandum in support of their respective positions and addressing the issues identified by the court at the end of the hearing.

2. **On or before February 9, 2021**, each party may file a reply memorandum.

Date:  January 12, 2021

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**