**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| **IN RE:** | **CASE NO.: 20-12591-elf** |
| **EDITH M. CHEW,** | **CHAPTER 13** |
| **Debtor.** | |
| _____/ | |

## NOTICE OF SATISFACTION OF PROOF OF CLAIM 7-1

NOW COMES, USAA Federal Savings Bank and hereby provides notice that the Proof of Claim 7-1, filed by USAA Federal Savings Bank on August 17, 2020, in the amount $122,058.19 is deemed satisfied and no further payments are due. Accordingly, any future disbursements on Claim number 7-1 should cease at this time. Any monies received after the date of this Notice will be returned to the sender.

Robertson, Anschutz, Schneid Crane & Partners PLLC
Authorized Agent for Secured Creditor
10700 Abbott's Bridge Road
Suite 170
Duluth, GA 30097
Telephone: 470-321-7112

By: /s/ Charles G. Wohlrab
Charles G. Wohlrab, Esq.
Email: cwohlrab@raslg.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

**IN RE:**                                                                          **CASE NO.: 20-12591-elf**
**EDITH M. CHEW,**                                                **CHAPTER 13**
    **Debtor.**
_____/

**CERTIFICATE OF SERVICE**

        **I HEREBY CERTIFY** that on <u>January 14, 2021</u>, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

**Edith M. Chew**
**206 Gulph Creek Road**
**Wayne, PA 19087**

And via electronic mail to:

**DAVID A. SCHOLL**
**Law Office of David A. Scholl**
**512 Hoffman Street**
**Philadelphia, PA 19148**

**Trustee**
**WILLIAM C. MILLER, Esq.**
**Chapter 13 Trustee**
**P.O. Box 1229**
**Philadelphia, PA 19105**

**U.S. Trustee**
**United States Trustee**
**Office of the U.S. Trustee**
**200 Chestnut Street**
**Suite 502**
**Philadelphia, PA 19106**

                                                                      By: <u>/s/ Dena Eaves</u>
                                                                         Dena Eaves
                                                                         deaves@raslg.com