## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | EDITH M. CHEW, | : | Chapter 13 |
| | | : | |
| | Debtor. | : | Bky. No. 20-12591 ELF |
| | | : | |

# O R D E R

**AND NOW**, upon consideration of Debtor Edith M. Chew's Objection ("the Objection")

to Proof of Claim No. 3, filed by New Rez LLC, D/b/a Shellpoint Mortgage Servicing, and after

a hearing, and for the reasons set forth in the accompanying Memorandum, it is hereby

**ORDERED** that

1. The Objection is **OVERRULED**.

2. Claim No. 3 for prepetition mortgage arrears is **ALLOWED** as filed.


Date:  April 14, 2021        _____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**