# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

**EDITH M. CHEW,**                                          :        **CHAPTER 13**
     **Debtor**                                                :        **BANKR. NO. 20-12591**

## CERTIFICATION OF SERVICE

I hereby certify that, on or before April 18, 2021, I served a copy of the Debtor's Third Amended Plan on all of the Debtor's priority and secured creditors, namely New Rez, LLC, Radnor Township, and USAA Federal Savings Bank.

Dated: May 11, 2021
-
                                                             /s/ DAVID A. SCHOLL
                                                             512 Hoffman Street
                                                            Philadelphia, PA 19148
                                                            610-550-1765
                                                            Attorney for Debtor