# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

**EDITH M. CHEW,**                                   :         **CHAPTER 13**
     **Debtor**                                        :         **BANKR. NO. 20-12591**

## CERTIFICATION OF SERVICE

I hereby certify that, on May 14, 2021, I served a copy of the Debtor's Fourth Amended Plan on all of the Debtor's priority and secured creditors on the Claims Register, namely New Rez, LLC, Radnor Township, and USAA Federal Savings Bank.

Dated: May 17, 2021
-
                                                        /s/ DAVID A. SCHOLL
                                                        512 Hoffman Street
                                                        Philadelphia, PA 19148
                                                        610-550-1765
                                                        Attorney for Debtor