United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Edith M. Chew  
    Debtor

Case No. 20-12591-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Jun 16, 2021      Form ID: 155      Total Noticed: 26

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Edith M. Chew, 206 Gulph Creek Road, Wayne, PA 19087-4502 |
| 14510082 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, P.O. Box 982238, El Paso, TX 79998 |
| 14515476 | | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14510084 | + | Heritage Saddlery, 1340 Pottstown Pike, West Chester, PA 19380-1210 |
| 14510085 | + | J. J. Skelton Company, 170 South Independence Mall West, Suite 874, Philadelphia, PA 19106-3323 |
| 14546929 | + | NEWREZ LLC, D/B/A SHELLPOINT MORTGAGE SERVICING, c/o Charles Wohlrab, Esq, Authorized Agent for Secured Creditor, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14522725 | + | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, NEWREZ LLC DBA SHELLPOINT, MORTGAGE SERVICING, P.O. BOX 10826, GREENVILLE SC 29603-0826 |
| 14572399 | + | NewRex LLC, dba Shellpoint Mortgage Servicing, c/o Rebecca Solarz, Esq., 701 Market St., Ste 5000, Philadelphia, PA 19106-1541 |
| 14571884 | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14546686 | + | Newrez LLC, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14515355 | | Newrez LLC D/B/A Shellpoint Mortgage Servicing, C/o Thomas Song, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14510088 | | Radnor Township, 310 Iven Avenue, Wayne, PA 19087 |
| 14510090 | + | Santander Bank, 450 Penn Street, Reading, PA 19602-1011 |
| 14510089 | + | Santander Bank, 1 Huntington Quad, Suite 2N, Melville, NY 11747-4422 |
| 14519799 | + | Santander Bank, NA, c/o Rebecca K. McDowell, Esq., 1700 Market Street, Suite 1005, Philadelphia, PA 19103-3920 |
| 14515458 | | Shellpoint Mortgage Servicing, c/o Thomas Song, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14510091 | | Thompson Reuters-West, P.O. Box 6292, Carol Stream, IL 60197-6292 |
| 14528751 | + | USAA FEDERAL SAVINGS BANK, Robertson,Anschutz, Schneid & Crane LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14529540 | + | USAA Federal Savings Bank, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14510093 | | USAA Federal Savings Bank, P.O Box 47504, San Antonio, TX |
| 14510095 | + | USAA Savings Bank, 10750 McDermott Parkway, San Antonio, TX 78288-1600 |
| 14510092 | | Unionville Equine Association, 28 Webster Lane, Oxford, PA 19363 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14511610 | + | Email/Text: BKRMailOps@weltman.com | Jun 16 2021 23:44:00 | JJ SKELTON ENERGY c/o Weltman, Weinberg,, and Reis Co., L.P.A., PO Box 93784, Cleveland, OH 44101-5784 |
| 14510083 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jun 16 2021 23:49:05 | Chase, P.O. Box 24696, Columbus, OH |
| 14510086 | + | Email/PDF: pa_dc_claims@navient.com | Jun 16 2021 23:49:12 | Navient, 123 Justison Street, 3rd Floor, Wilmington, DE 19801-5363 |
| 14510087 | + | Email/Text: bnc@nordstrom.com | Jun 16 2021 23:43:22 | Nordstrom Bank, USA, 13531 East Caley Avenue, Englewood, CO 80111-6505 |

TOTAL: 4

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 16, 2021 | Form ID: 155 | Total Noticed: 26 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14510094 | * | USAA Federal Savings Bank, P.O. Box 47504, San Antonio, TX |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 18, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor USAA Federal Savings Bank cwohlrab@raslg.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor Newrez LLC D/B/A Shellpoint Mortgage Servicing cwohlrab@raslg.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor Newrez LLC cwohlrab@raslg.com |
| DAVID A. SCHOLL | on behalf of Debtor Edith M. Chew judgescholl@gmail.com |
| DAVID A. SCHOLL | on behalf of Plaintiff Edith M. Chew judgescholl@gmail.com |
| JEROME B. BLANK | on behalf of Creditor Newrez LLC D/B/A Shellpoint Mortgage Servicing paeb@fedphe.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Newrez LLC D/B/A Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com |
| REBECCA K. MCDOWELL | on behalf of Creditor SANTANDER BANK N.A. rmcdowell@slgcollect.com, pwirth@slgcollect.com |
| THOMAS YOUNG.HAE SONG | on behalf of Creditor Newrez LLC D/B/A Shellpoint Mortgage Servicing paeb@fedphe.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Edith M. Chew
      Debtor(s)

Chapter: 13

Bankruptcy No: 20−12591−elf

___

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    AND NOW, this 15th June 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                Eric L. Frank
                                                Judge ,
                                                United States Bankruptcy Court

                                                                        113 − 20
                                                                      Form 155