**IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**
**EDITH M. CHEW,**                                       : Chapter 13
**Debtor**                                               : BANKR. No. 20-12591

**CERTIFICATION OF NO RESPONSE**

      I hereby certify that, on June 17, 2021, I served Notice of the Fee Application of the Debtor's Counsel upon all creditors on the Matrix, and the entire Application upon the Debtor and the Offices of the Chapter 13 Trustee and the United States Trustee. I further certify that no answer or Objection to my Application was filed or served on me by July 8, 2021, and therefore the Order attached to the Application can be entered as uncontested.

Dated: July 9, 2021

                                                    /s/ DAVID A. SCHOLL
                                                    512 Hoffman Street
                                                    Philadelphia, PA. 19148
                                                    610-550-1765
                                                    Fax 267-639-9178
                                                    Attorney for the Debtor