### IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:
EDITH M. CHEW,                                           : CHAPTER 13
      Debtor                                        : BANKRUPTCY NO. 20-12591

### ORDER

AND NOW, upon consideration of the Application of David A. Scholl, Esquire, Counsel for the Debtors, for compensation in this case, it is hereby **ORDERED** that the Application **GRANTED**, and the Applicant is **ALLOWED** compensation of $4,250. The Chapter 13 Trustee is authorized to distribute $3,250 to the Applicant as an administrative expense to the extent provided for in the confirmed plan.

Date: 7/12/21

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE