United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-12591-elf |
| Edith M. Chew | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 13, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2021:**

**Recip ID      Recipient Name and Address**
db              + Edith M. Chew, 206 Gulph Creek Road, Wayne, PA 19087-4502

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2021                    Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2021 at the address(es) listed below:

**Name                          Email Address**

CHARLES GRIFFIN WOHLRAB
                on behalf of Creditor Newrez LLC D/B/A Shellpoint Mortgage Servicing cwohlrab@raslg.com

CHARLES GRIFFIN WOHLRAB
                on behalf of Creditor Newrez LLC cwohlrab@raslg.com

CHARLES GRIFFIN WOHLRAB
                on behalf of Creditor USAA Federal Savings Bank cwohlrab@raslg.com

DAVID A. SCHOLL
                on behalf of Debtor Edith M. Chew judgescholl@gmail.com

DAVID A. SCHOLL
                on behalf of Plaintiff Edith M. Chew judgescholl@gmail.com

JEROME B. BLANK
                on behalf of Creditor Newrez LLC D/B/A Shellpoint Mortgage Servicing paeb@fedphe.com

District/off: 0313-2 User: admin Page 2 of 2
Date Rcvd: Jul 13, 2021 Form ID: pdf900 Total Noticed: 1

REBECCA ANN SOLARZ
          on behalf of Creditor Newrez LLC D/B/A Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com

REBECCA K. MCDOWELL
          on behalf of Creditor SANTANDER BANK  N.A. rmcdowell@slgcollect.com, pwirth@slgcollect.com

THOMAS YOUNG.HAE SONG
          on behalf of Creditor Newrez LLC D/B/A Shellpoint Mortgage Servicing paeb@fedphe.com

United States Trustee
          USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
          on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
          ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 12

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:
**EDITH M. CHEW,** : CHAPTER 13
      Debtor : BANKRUPTCY NO. 20-12591

## ORDER

AND NOW, upon consideration of the Application of David A. Scholl, Esquire, Counsel for the Debtors, for compensation in this case, it is hereby **ORDERED** that the Application **GRANTED**, and the Applicant is **ALLOWED** compensation of $4,250. The Chapter 13 Trustee is authorized to distribute $3,250 to the Applicant as an administrative expense to the extent provided for in the confirmed plan.

Date: 7/12/21

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**