# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 20-12591-ELF

    EDITH  M. CHEW

    206 GULPH CREEK ROAD

    WAYNE, PA 19087

        Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    EDITH  M. CHEW

    206 GULPH CREEK ROAD

    WAYNE, PA 19087

Counsel for debtor(s), by electronic notice only.

    DAVID SCHOLL, ESQUIRE
    512 HOFFMAN ST

    PHILADELPHIA, PA 19148-

Date: 9/28/2021

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee