# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re: EDITH M. CHEW,**  :  **CHAPTER 13**
    **Debtor**

                                      :  **BANKRUPTCY NO. 20-12591**

### DEBTOR'S ANSWER TO TRUSTEE'S MOTION TO DISMISS

      The Debtor will make one payment forthwith and will have all payments current by the date of the hearing on this motion, October 26, 2021.

      WHEREFORE, the Debtor requests that, if the Motion will be denied co

Date:   September 29, 2021

                                      Attorney for Debtor

                                      /s/DAVID A. SCHOLL
                                      512 Hoffman Street
                                      Philadelphia, PA.  19148
                                      610-550-1765