# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re: EDITH M. CHEW,**  :  **CHAPTER 13**
    **Debtor**

                                          :  **BANKRUPTCY NO. 20-12591**

### DEBTOR'S ANSWER TO TRUSTEE'S MOTION TO DISMISS

The Debtor is only two payments in arrears and will make those two payments on or about March 15, 2022, and will be current by the date of the hearing on this motion on March 29, 2022.

WHEREFORE, the Debtor requests that, if the Motion will be denied, withdrawn, or continued.

Date:   March 1, 2022

                                                      Attorney for Debtor

                                                      /s/DAVID A. SCHOLL
                                                      512 Hoffman Street
                                                      Philadelphia, PA.  19148
                                                      610-550-1765