# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re: EDITH M. CHEW,**  :  CHAPTER 13
    **Debtor**

                                        :  BANKRUPTCY NO.  20-12591

## DEBTOR'S ANSWER TO TRUSTEE'S MOTION TO DISMISS

       The Debtor has advised counsel that she will bring her trustee payments current by the date of the hearing on this motion on February 7, 2023.

       WHEREFORE, the Debtor requests that, if the Motion will be denied, withdrawn, or continued.

Date:   January 3, 2023

                                              Attorney for Debtor

                                              /s/DAVID A. SCHOLL
                                              512 Hoffman Street
                                              Philadelphia, PA.  19148
                                              610-550-1765