# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re: EDITH M. CHEW,**     :     CHAPTER 13
    **Debtor**

                            :     BANKRUPTCY NO.  20-12591

## DEBTOR'S ANSWER TO TRUSTEE'S MOTION TO DISMISS

    The Debtor has been solicited by her mortgage company to submit an application for a loan modification.  She has submitted an application for a loan modification in accoradance therewith.  If this application is unsuccessful, the Debtor will remit as many trust payments as she is able by the date of the hearing on November 9. 2023.

    WHEREFORE, the Debtor requests that, if the Motion will be denied, withdrawn, or continued.

Date:   October 11, 2023

                                              Attorney for Debtor

                                              /s/DAVID A. SCHOLL
                                              512 Hoffman Street
                                              Philadelphia, PA.  19148
                                              610-550-1765