IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
**EDITH M. CHEW,**                                                : **Chapter 13**
        **Debtor**                                             : **BANKR. No. 20-12591**

### NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

       The Debtor in this case has filed a Motion to Modify her confirmed Fourthh Amended Chapter 13 Plan in this bankruptcy case, and replace it with the proposed Fifth Amended Plan.

       *Your rights may be affected.* You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

       1.     If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before November 27, 2023, you or your attorney must do <u>all</u> of the following:

           (a)     file an answer explaining your position at
                     Bankruptcy Clerk
                     900 Market Street, Suite 400
                     Philadelphia, PA 19107-4299
                     (215) 408-2800

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

           (b)     mail a copy to the movant's attorney:
                     David A. Scholl, Esquire
                     512 Hoffman Street
                     Philadelphia, PA. 19148
                     610-550-1765
                     215-316-0175

       2.     If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

       3.     A hearing on the motion has been scheduled to be held before the Honorable Magdeline M. Coleman on December 5, 2023, at 10:30 A.M. in Courtroom 2, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA.

       4.     If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

       5.     You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: December 13, 2023