*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Edith M. Chew
    Debtor(s)

Case No: 20–12591–mdc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

RESCHEDULED
Amended Motion (related document(s): Motion to Modify Plan (Fourth Amended Plan) filed by Debtor Edith M. Chew) Filed by Edith M. Chew Represented by DAVID A. SCHOLL

on: 12/7/23

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  11/16/23

Timothy B. McGrath
Clerk of Court