IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT
OF PENNSYLVANIA

In re:
EDITH M. CHEW,                      : CHAPTER 13
Debtor
                                    : BANKRUPTCY NO. 20-12195

SUPPLEMENTAL APPLICATION FOR COMPENSATION OF DAVID A. SCHOLL,
ESQUIRE, COUNSEL FOR THE DEBTOR, FOR SERVICES AFTER CONFIRMATION

David A. Scholl, Esquire, counsel for the above-named Debtor, in accordance with F.R.B.P. 2016 applies, under section 330 of the Code, for an award of compensation and represents as follows:

1..The Applicant has been counsel for the Debtor in this case since its filing.

2. The Applicant filed this petition under Chapter 13 of the Bankruptcy Code on behalf of the Debtor on June 20, 2020.

3..Counsel had full responsibility for all aspects of this case.

4..The Debtor's annualized income as set forth on Form B122-C-1 was below the median.

5..All services rendered for which compensation is requested were performed on behalf of the Debtor, the services were actual and necessary, and the compensation requested for those services is reasonable.

6. The Fourth Amended Chapter 13 plan of the Debtor was confirmed on June 25, 2021.

7. The 2016(b) statement filed in this case disclosed that the Debtor paid the Applicant $1000 for services prior to the filing of this case,

8. On July 12, 2021, the Applicant was awarded total compensation of $4250 for

services in this case through the date of confirmation.

9. After confirmation, the Applicant continued to provide additional services to the Debtor, which his agreement with the Debtor authorized him to be paid at the rate of $300 per hour.

10. Attached hereto is a detailed description of all services which the Applicant provided to the Debtor, for none of which he has been compensated.

11.. The Applicant requests an award of additional compensation for these services in the amount of $2000.

12. None ot the compensation paid or to be paid to the Applicant will be shared with any person other than his wife, who is also a member of the law firm of the Applicant;

13. The Applicant is seeking further compensation from the Debtor from the payments which the Debtor will pay to the Trusteeunder the terms of the proposed Ffith Amended chapter 13 Plan of the Debtor..

WHEREFORE, the Applicant requests an award of $2000 as additional compensation for services performed on behalf of the Debtor post-confirmation in this case.

Dated: November 17, 2023　　　　　　　　/s/DAVID A. SCHOLL

　　　　　　　　　　　　　　　　　　　　512 Hoffman Street

　　　　　　　　　　　　　　　　　　　　Philadelphia, PA.  19148

　　　　　　　　　　　　　　　　　　　　610-550-1765

　　　　　　　　　　　　　　　　　　　　Attorney for Debtor

**EXHIBIT "A"**

Case 20-12591-mdc    Doc 155    Filed 11/16/23    Entered 11/16/23 12:46:46    Desc Main
Document    Page 3 of 7

IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT
OF PENNSYLVANIA

In re:
EDITH M. CHEW,  : CHAPTER 13
      Debtor  : BANKRUPTCY NO. 20-12591

## ORDER

AND NOW, this _____ day of January, 2024, upon consideration of the Supplemental Fee Application of David A. Scholl, Esquire, Counsel for the Debtors, for compensation in this case from June 22, 2021, through December 5, 2023, it is hereby ORDERED that the Fee Application of David A. Scholl, Esquire, Counsel for the Debtor, for compensation is GRANTED, and the Applicant is awarded additional compensation of $2000.

_____

J.

**EXHIBIT "B"**

## DESCRIPTION OF SERVICES

| DATE | SERVICES PERFORMED | TIME |
|---|---|---|
| 9/29/21 | Review of Trusteee motion to Dismiss | 12 mins. |
|  | Call to client re TMTD, check records of Payments | 18 mins. |
|  | Call Client & Draft Answer to TMTD | 18 mins. |
| 2110/24/& 11.2/21 | Check Trustee Payment Records | 12 mins. |
| 11/29/21 | forward Notice of Change of Payment Address for Santander | 12 mins. |
| 2/29/22 | Review Trusyee Dismissal Motion | 12 mins. |
| 3/1/22 | Call Client, file Answer to TMTD     mins. | 12 mins |
| .4/20 to 5/11/22 | Check Trustee Payment Records 4 Times | 24 mins. |
| .8/25/22 | Trustee Motion to Dismiss Filed | 12 min. |
| 9/20/22 | Aanswer to TMTD filed | 12 mins. |
| 12/30/22 | Trustee Motion to Ddismiss Filed. | 12 mins. |
| 1/3/23 | Answer to TMTD filed | 12 mins. |
| 2/16/21 | Receive & Review Exhibit from Client | 12 mins. |
| 3/1/23 | Notice of Case Reassignment | 6 mins. |
| 5 & 6/23 | Forward Client Notices from Shellpoint | 18 mins. |
| 10/5/23 | Ttrustee Motion to dismiss Filed | 12 mins. |
| 10/10/23 | Check Trustee Records | 30 mins. |
| 10/11/23/ | Call Client & ile answer to Trustee Motion | 12 mins. |
| 11/3/23 | Email to Trustee re TMTD | 18 mins. |
| 11/8/23 | Emails among Trustee, Our Office, Debtor re Hearing | 18 mins. |
| 11/9/23 | On phone re Hearing | 18 mins. |

|  | Call debtor re Hearng recs.eipt | 12 mins. |
|---|---|---|
|  | Begin Draft of Motion to Modify Plan | 1 hr. |
| 11/13/23 | Further Work on motion to Modify Plan | 2 hrs. |
|  | Finalize Motion, File motion & Notice & Serve | 1 hr. |
| 11/13/23 | Email to Trustee re Filings | 18 mins. |
| 11/15/23 | email Back & Forth to Clent re Hearing | 12 mins.. |
|  | Supplemental Fee Application | 1 hr. |
|  | Notices & Service of Fee Application | 1 hr. |

TOTAL HOURS: 12 hrs., 40 mins.

Value of Services =$ 3800.  Counsel will accept $2000