**IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:
**EDITH M. CHEW,**             : **CHAPTER 13**
 **Debtor**             : **BANKRUPTCY NO. 20-12591**

## NOTICE OF FEE APPLICATION

Notice is hereby given to all interested parties that the Supplemental Post-Confirmation Fee Application of David A. Scholl, Esquire, Counsel for the Debtor, for compensation in the amount of $2000 for services from June 22, 2021, through November 17, 2023,this case, has been filed.  Any Objection to this Application must be filed and served upon me within twenty-one days from November 20, 2021, on or before which date this Notice will be served.  A copy of the Application is being provided to the Chapter 13 Trustee, the United States Trustee, and the Debtor.  Any interested parties can obtain a copy from me on request.

                                                        _____
                                                        /s/ DAVID A. SCHOLL
                                                        512 Hoffman Street
                                                        Philadelphia, PA  19148
                                                        610-550-1765
                                                        Attorney for Debtor

\