United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 20-12591-mdc
Edith M. Chew  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: admin    Page 1 of 2
Date Rcvd: Nov 16, 2023    Form ID: 167    Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**
\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Edith M. Chew, 206 Gulph Creek Road, Wayne, PA 19087-4502 |
| cr | + | SANTANDER BANK, N.A., c/o Saldutti Law Group, 1700 Market St., Suite 1005, Philadelphia, PA 19103-3920 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Nov 17 2023 00:21:00 | Newrez LLC, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2023    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2023 at the address(es) listed below:

**Name**    **Email Address**

BRIAN CRAIG NICHOLAS
    on behalf of Creditor Newrez LLC D/B/A Shellpoint Mortgage Servicing bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

CHARLES GRIFFIN WOHLRAB
    on behalf of Creditor Newrez LLC D/B/A Shellpoint Mortgage Servicing bkecf@friedmanvartolo.com

CHARLES GRIFFIN WOHLRAB

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 16, 2023 | Form ID: 167 | Total Noticed: 3 |

on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkecf@friedmanvartolo.com

CHARLES GRIFFIN WOHLRAB
    on behalf of Creditor Newrez LLC bkecf@friedmanvartolo.com

CHARLES GRIFFIN WOHLRAB
    on behalf of Creditor USAA Federal Savings Bank bkecf@friedmanvartolo.com

DAVID A. SCHOLL
    on behalf of Debtor Edith M. Chew judgescholl@gmail.com

DAVID A. SCHOLL
    on behalf of Plaintiff Edith M. Chew judgescholl@gmail.com

JEROME B. BLANK
    on behalf of Creditor Newrez LLC D/B/A Shellpoint Mortgage Servicing jblank@pincuslaw.com  mmorris@pincuslaw.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

REBECCA K. MCDOWELL
    on behalf of Creditor SANTANDER BANK  N.A. rmcdowell@slgcollect.com, pwirth@slgcollect.com;anovoa@slgcollect.com

THOMAS SONG
    on behalf of Creditor Newrez LLC D/B/A Shellpoint Mortgage Servicing tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Edith M. Chew
    Debtor(s)

Case No: 20−12591−mdc

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

RESCHEDULED
Amended Motion (related document(s): Motion to Modify Plan (Fourth Amended Plan) filed by Debtor Edith M. Chew) Filed by Edith M. Chew Represented by DAVID A. SCHOLL

on: 12/7/23

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 11/16/23

Timothy B. McGrath
Clerk of Court

154 − 152
Form 167