# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

In re: EDITH M. CHEW,,          :          CHAPTER 13
    Debtor

                                  :          BANKRUPTCY NO. 20-12591

## CERTIFICATION OF NO OBJECTION

        I hereby certify that, on November 17, 2023  I erved a copy of the Debtor'sMotion to Modify His Confirmed Plan, with a Notice that the  hearing on the Motion was scheduled on December 7,  2023, at 11  AM.  in Courtroom 2, 900 Market St., Philadelphia, PA.  19107, was served on all interested parties.  I further certify that no response was filed or served on me as of the date below and proposed that therefore Order granting the moton can be entered as uncontested.

Dated: December 2,  2023

\-                                                                                     /s/ DAVID A. SCHOLL
                                                                         512 Hoffman Street
                                                                         Philadelphia, PA  19148
                                                                         610-550-1765
                                                                         Attorney for Debtor