**IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re: EDITH M. CHEW,  :  CHAPTER 13
  Debtor  : BANKRUPTCY NO. 20-12591

**CERTIFICATION OF NO OBJECTION**

I hereby certify that, on November 17, 2023, I served notice of my Application for Post-Confirmation Compensation for services in the period from June 22, 2021, to November 17, 2023, n all interested parties and that I served a copy of the entire Application and the Notice upon the Debtor, the Chapter 13 Standing Trustee, and the United States Trustee's office. I further certify that no Objection or other response was filed by December 27, 2023, and therefore that the Order granting the Application may be entered as uncontested.

Dated: December 28, 2023

_____
-                                                                    /s/ DAVID A. SCHOLL
512 Hoffman Street
Philadelphia, PA  19148
610-550-1765
Attorney for Debtor