**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: EDITH M. CHEW, | : CHAPTER 13 |
| Debtor | : BANKR. NO. 20-12591 |

### CERTIFICATION OF SERVICE

I hereby certify that, on March 5, 2024, I served a copy of the Debtor's 2nd Modified 5th Amended Plan, on all interested parties on the creditor registered claims Matrix by electronic service and first-class mail as indicated below.

| Electronic Service | First Class Mail |
|---|---|
| **KENNETH E. WEST**<br>Office of the Chapter 13 Standing Trustee<br>ecfemails@ph13trustee.com | **J. J. Skelton Company**<br>170 South Independence Mall West<br>Suite 874<br>Philadelphia, PA 19106-3334 |
| **United States Trustee**<br>Office of the U.S. Trustee<br>USTPRegion03.PH.ECF@usdoj.gov | **Radnor Township**<br>310 Iven Avenue<br>Wayne, PA 19087 |
| • **USAA Federal Savings Bank**<br>• **US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust**<br>• **Newrez LLC**<br>**MICHELLE L. MCGOWAN**<br>Robertson, Anschutz, Schneid, Crane & Partners PLLC<br>mimcgowan@raslg.com | **ECMC**<br>PO BOX 16408<br>St. Paul, MN 55116-0408 |
| **Newrez LLC D/B/A Shellpoint Mortgage Servicing**<br>**JEROME B. BLANK**<br>Pincus Law Group, PLLC<br>jblank@pincuslaw.com | |
| **SANTANDER BANK, N.A.**<br>**REBECCA K. MCDOWELL**<br>Saldutti Law Group<br>rmcdowell@slgcollect.com | |

Dated: March 5, 2024

/s/ DAVID A. SCHOLL
512 Hoffman Street
Philadelphia, PA 19148
610-550-1765
Attorney for Debtor