IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT **OF PENNSYLVANIA**

**In re:**

| | | |
|---|---|---|
| **EDITH M. CHEW,** | : | **CHAPTER 13** |
| Debtor | : | **BANKRUPTCY NO. 20-12591** |

**ORDER PERMITTING DEBTOR TO MODIFY CONFIRMED FOURTH AMENDED CHAPTER 13 PLAN WITH FIFTH AMENDED D CHAPTER 13 PLAN**

AND NOW, this    day of May, 2024,  no opposition arising, it is hereby ORDERED that the confirmed Fourth Amended Chapter 13 Plan of the Debtor is replaced by the Corrected Fifth Amended Plan of the Debtor attached to the within motion.

_____