**IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:
**EDITH M. CHEW,** : CHAPTER 13
    **Debtor** : BANKRUPTCY NO. 20-12591

### ORDER

AND NOW, this 16th day of August, 2024, upon consideration of the Supplemental Fee Application of David A. Scholl, Esquire, Counsel for the Debtors, for compensation in this case from June 22, 2021, through December 5, 2023, it is hereby ORDERED that the Fee Application of David A. Scholl, Esquire, Counsel for the Debtor, for compensation is GRANTED, and the Applicant is awarded additional compensation of $2000.

.

_____

J.