United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 20-12591-amc
Edith M. Chew | Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 2
Date Rcvd: Aug 16, 2024 | Form ID: pdf900 | Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2024:**

**Recip ID        Recipient Name and Address**
db           +  Edith M. Chew, 206 Gulph Creek Road, Wayne, PA 19087-4502

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2024            Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2024 at the address(es) listed below:**

**Name**                    **Email Address**

DAVID A. SCHOLL
              on behalf of Debtor Edith M. Chew judgescholl@gmail.com

DAVID A. SCHOLL
              on behalf of Plaintiff Edith M. Chew judgescholl@gmail.com

DENISE ELIZABETH CARLON
              on behalf of Creditor Newrez LLC D/B/A Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com

JEROME B. BLANK
              on behalf of Creditor Newrez LLC D/B/A Shellpoint Mortgage Servicing jblank@pincuslaw.com  mmorris@pincuslaw.com

KENNETH E. WEST
              ecfemails@ph13trustee.com  philaecf@gmail.com

LAUREN MOYER
              on behalf of Creditor Shellpoint Mortgage Servicing as Servicer for US Bank Trust National Association  Not In Its Individual

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 16, 2024 | Form ID: pdf900 | Total Noticed: 1 |

Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkecf@friedmanvartolo.com

LAUREN MOYER
on behalf of Creditor Shellpoint Mortgage Servicing as servicer for U.S. Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkecf@friedmanvartolo.com

MICHELLE L. MCGOWAN
on behalf of Creditor Newrez LLC mimcgowan@raslg.com

MICHELLE L. MCGOWAN
on behalf of Creditor USAA Federal Savings Bank mimcgowan@raslg.com

MICHELLE L. MCGOWAN
on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust mimcgowan@raslg.com

MICHELLE L. MCGOWAN
on behalf of Creditor Newrez LLC D/B/A Shellpoint Mortgage Servicing mimcgowan@raslg.com

REBECCA K. MCDOWELL
on behalf of Creditor SANTANDER BANK  N.A. rmcdowell@slgcollect.com, pwirth@slgcollect.com;anovoa@slgcollect.com

THOMAS SONG
on behalf of Creditor Newrez LLC D/B/A Shellpoint Mortgage Servicing tomysong0@gmail.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 14

IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT
OF PENNSYLVANIA

In re:
EDITH M. CHEW,                : CHAPTER 13
      Debtor         : BANKRUPTCY NO. 20-12591

## ORDER

AND NOW, this 16th day of August, 2024, upon consideration of the Supplemental Fee Application of David A. Scholl, Esquire, Counsel for the Debtors, for compensation in this case from June 22, 2021, through December 5, 2023, it is hereby ORDERED that the Fee Application of David A. Scholl, Esquire, Counsel for the Debtor, for compensation is GRANTED, and the Applicant is awarded additional compensation of $2000.

.

_____
J.