United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-12591-amc |
| Edith M. Chew | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 06, 2024 | Form ID: pdf900 | Total Noticed: 34 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Edith M. Chew, 206 Gulph Creek Road, Wayne, PA 19087-4502 |
| cr | + | SANTANDER BANK, N.A., c/o Saldutti Law Group, 1700 Market St., Suite 1005, Philadelphia, PA 19103-3920 |
| cr | + | Shellpoint Mortgage Servicing as Servicer for US B, Friedman Vartolo LLP, 1325 Franklin Avenue Suite 160, Garden City, NY 11530, UNITED STATES 11530-1631 |
| cr | + | Shellpoint Mortgage Servicing as servicer for U.S., FRIEDMAN VARTOLO LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 14510084 | + | Heritage Saddlery, 1340 Pottstown Pike, West Chester, PA 19380-1210 |
| 14510085 | + | J. J. Skelton Company, 170 South Independence Mall West, Suite 874, Philadelphia, PA 19106-3323 |
| 14572399 | + | NewRex LLC, dba Shellpoint Mortgage Servicing, c/o Rebecca Solarz, Esq., 701 Market St., Ste 5000, Philadelphia, PA 19106-1541 |
| 14515355 | | Newrez LLC D/B/A Shellpoint Mortgage Servicing, C/o Thomas Song, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14510088 | | Radnor Township, 310 Iven Avenue, Wayne, PA 19087 |
| 14515458 | | Shellpoint Mortgage Servicing, c/o Thomas Song, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14510091 | | Thompson Reuters-West, P.O. Box 6292, Carol Stream, IL 60197-6292 |
| 14510093 | | USAA Federal Savings Bank, P.O Box 47504, San Antonio, TX |
| 14510092 | | Unionville Equine Association, 28 Webster Lane, Oxford, PA 19363 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 07 2024 02:43:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 07 2024 02:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: RASEBN@raslg.com | Sep 07 2024 02:43:00 | Newrez LLC, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14510082 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 07 2024 02:43:00 | Bank of America, P.O. Box 982238, El Paso, TX 79998-2238 |
| 14515476 | | Email/Text: ECMCBKNotices@ecmc.org | Sep 07 2024 02:43:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14511610 | + | Email/Text: BKRMailOps@weltman.com | Sep 07 2024 02:43:00 | JJ SKELTON ENERGY c/o Weltman, Weinberg,, and Reis Co., L.P.A., PO Box 93784, Cleveland, OH 44101-5784 |
| 14510083 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 07 2024 03:11:26 | Chase, P.O. Box 24696, Columbus, OH |
| 14546929 | + | Email/Text: RASEBN@raslg.com | Sep 07 2024 02:43:00 | NEWREZ LLC, D/B/A SHELLPOINT MORTGAGE SERVICING, c/o Charles Wohlrab, Esq, Authorized Agent for Secured Creditor, 10700 Abbott's Bridge Road, Suite 170,, Duluth, GA 30097-8461 |

Case 20-12591-amc   Doc 202   Filed 09/08/24   Entered 09/09/24 00:34:52   Desc
Imaged Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 06, 2024 | Form ID: pdf900 | Total Noticed: 34 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14522725 | + | Email/Text: mtgbk@shellpointmtg.com | Sep 07 2024 02:43:00 | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, NEWREZ LLC DBA SHELLPOINT, MORTGAGE SERVICING, P.O. BOX 10826, GREENVILLE SC 29603-0826 |
| 14510086 | + | Email/PDF: pa_dc_claims@navient.com | Sep 07 2024 03:11:18 | Navient, 123 Justison Street, 3rd Floor, Wilmington, DE 19801-5363 |
| 14571884 | ^ | MEBN | Sep 07 2024 02:17:02 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14546686 | + | Email/Text: RASEBN@raslg.com | Sep 07 2024 02:43:00 | Newrez LLC, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14510087 | + | Email/Text: bnc@nordstrom.com | Sep 07 2024 02:43:58 | Nordstrom Bank, USA, 13531 East Caley Avenue, Englewood, CO 80111-6505 |
| 14510090 | + | Email/Text: DeftBkr@santander.us | Sep 07 2024 02:43:00 | Santander Bank, 450 Penn Street, Reading, PA 19602-1011 |
| 14510089 | + | Email/Text: DeftBkr@santander.us | Sep 07 2024 02:43:00 | Santander Bank, 1 Huntington Quad, Suite 2N, Melville, NY 11747-4401 |
| 14519799 | + | Email/Text: rmcdowell@slgcollect.com | Sep 07 2024 02:43:00 | Santander Bank, NA, c/o Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |
| 14706262 | + | Email/Text: RASEBN@raslg.com | Sep 07 2024 02:43:00 | US Bank Trust, National Association, c/o CHARLES GRIFFIN WOHLRAB, Robertson, Anschutz, Schneid, Crane, & Partners, PLLC, 10700 Abbott's Bridge Road, Ste 170, Duluth, GA 30097-8461 |
| 14528751 | + | Email/Text: RASEBN@raslg.com | Sep 07 2024 02:43:00 | USAA FEDERAL SAVINGS BANK, Robertson,Anschutz, Schneid & Crane LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14529540 | + | Email/Text: RASEBN@raslg.com | Sep 07 2024 02:43:00 | USAA Federal Savings Bank, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14637032 | + | Email/Text: RASEBN@raslg.com | Sep 07 2024 02:43:00 | USAA Federal Savings Bank, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14510095 | + | Email/Text: bkelectronicnotices@usaa.com | Sep 07 2024 02:43:00 | USAA Savings Bank, 10750 McDermott Parkway, San Antonio, TX 78288-1600 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14510094 | * | USAA Federal Savings Bank, P.O. Box 47504, San Antonio, TX |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

District/off: 0313-2      User: admin      Page 3 of 3
Date Rcvd: Sep 06, 2024      Form ID: pdf900      Total Noticed: 34

the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 08, 2024      Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID A. SCHOLL | on behalf of Debtor Edith M. Chew judgescholl@gmail.com |
| DAVID A. SCHOLL | on behalf of Plaintiff Edith M. Chew judgescholl@gmail.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Newrez LLC D/B/A Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com |
| JEROME B. BLANK | on behalf of Creditor Newrez LLC D/B/A Shellpoint Mortgage Servicing jblank@pincuslaw.com mmorris@pincuslaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| LAUREN MOYER | on behalf of Creditor Shellpoint Mortgage Servicing as servicer for U.S. Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkecf@friedmanvartolo.com |
| LAUREN MOYER | on behalf of Creditor Shellpoint Mortgage Servicing as Servicer for US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkecf@friedmanvartolo.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor USAA Federal Savings Bank mimcgowan@raslg.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust mimcgowan@raslg.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor Newrez LLC D/B/A Shellpoint Mortgage Servicing mimcgowan@raslg.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor Newrez LLC mimcgowan@raslg.com |
| REBECCA K. MCDOWELL | on behalf of Creditor SANTANDER BANK N.A. rmcdowell@slgcollect.com, pwirth@slgcollect.com;anovoa@slgcollect.com |
| THOMAS SONG | on behalf of Creditor Newrez LLC D/B/A Shellpoint Mortgage Servicing tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 14

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:    EDITH K. CHEW,                                  :    Chapter 13
,                                                         :
            Debtor(s).                                    :    Bankruptcy No. -20-12591 AMC

### ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee (the "Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days of the entry of this Order. Within thirty (30) days after the entry of this Order, counsel shall file (1) a Certification of Service confirming such service, and (2) a Certification of No Response confirming that neither an objection to the

proposed compensation nor an application for administrative expense has been filed, or if such application has been filed, set a hearing on all such applications.

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor(s)' Counsels have been filed, set a hearing thereon or, if no such applications have been filed, be authorized to return such funds to Debtor(s) pursuant to 11 U.S.C. '1326(a)(2).

Dated: Sept. 6, 2024

ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE