## IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| **EDITH M. CHEW,** | : | **CHAPTER 13** |
| **Debtor** | : | **BANKR. NO. 20-12591** |

### CERTIFICATION OF SERVICE

I hereby certify that, on September 11, 2024, I served a copy of the this court;s Order dismissing Chapter 13 and Setting Dealine for Applictions for Allowance of Administrative Expenses on all of the Debtor's priority and secured creditors on the Claims Register, namely JJ Skelton Energy, ECMC, New Rez, LLC, Santander Bank, NA, Radnor Township, and USAA Federal Savings Bank.

Dated: September 11, 2024
-
                                                  /s/ DAVID A. SCHOLL
                                                  512 Hoffman Street
                                                  Philadelphia, PA  19148
                                                  610-550-1765
                                                  Attorney for Debtor