## IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:
**EDITH M. CHEW,**                                         : **CHAPTER 13**
    **Debtor**

                                          : **BANKR. NO. 20-12591**

### CERTIFICATION OF SERVICE

I hereby certify that I served a copy of this court's dismissal order of September 6, 2024, on all interested parties on September 13, 2024;  that no creditors filed any Fee Applications as of October 14, 2024; that I filed a Supplemenal Fee Application for $2000 on November 16, 2023; that I filed a Certification of No Objection to the Supplemental Fee Applictiona on December 28, 2023; and that this Application was granted on August 16, 2024.

Dated:  October 14, 2024

                                    /s/David A. Scholl
                                     David A. Scholl, Esq
                                   512 Hoffman St.
                                   Philadelphia, PA.  19148
                                   Attorney for Plaintiff-Debtor

1